Matter of LeBeau (2023 NY Slip Op 04255)

Matter of LeBeau

2023 NY Slip Op 04255

Decided on August 10, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 10, 2023

PM-170-23
[*1]In the Matter of Hillary Diana LeBeau, an Attorney. (Attorney Registration No. 5506555.)

Calendar Date:August 7, 2023

Before:Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald, and McShan, JJ.

Hillary Diana LeBeau, North Bethesda, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Hillary Diana LeBeau was admitted to practice by this Court in 2017 and lists a business address in Washington, DC with the Office of Court Administration. LeBeau now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose LeBeau's application.
Upon reading LeBeau's affidavit sworn to July 25, 2023 and filed July 27, 2023 and upon reading the July 31, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that LeBeau is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald, and McShan, JJ., concur.
ORDERED that Hillary Diana LeBeau's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Hillary Diana LeBeau's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Hillary Diana LeBeau is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and LeBeau is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Hillary Diana LeBeau shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.